# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI WEN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No.: **3:24-cv-04661-WHO**<br><br>*Assigned Judge: Hon. William H. Orrick*<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: __8/4/25_____   By:__[signature]_____
Hon. Assigned Judge
William H. Orrick
United States District Judge